# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141315 & (26)(27)

ELIZABETH HUGHES, Personal Representative
of the Estate of Daniel S. Hughes,
           Plaintiff-Appellee,
v

SC: 141315
COA: 296152
Washtenaw CC: 09-000028-NO

AMERISTAR JET CHARTER, INC., SIERRA
AMERICAN CORPORATION, INC.,
FREDERICK THOMAS WACHENDORFER,
JR., and THOMAS WACHENDORFER
AVIATION, INC.,
           Defendants-Appellants,
and

AMERISTAR AIRWAYS, INC., AMERISTAR
AIR CARGO, INC., KALITTA CHARTERS,
L.L.C., KALITTA AIR, L.L.C. d/b/a KALITTA
FLYING SERVICE, INC., KALITTA, L.L.C.,
KALITTA AIR FREIGHT, L.L.C., KALITTA
EQUIPMENT, L.L.C., CONNIE KALITTA
HOLDINGS, INC. d/b/a CONNIE KALITTA
ENTERPRISES, AVCON INDUSTRIES, INC.,
JOSEPH B. DWERLKOTTE ASSOCIATES,
INC. d/b/a J.B. DWERLKOTTE ASSOCIATES,
INC., FIELDTECH AVIONICS &
INSTRUMENTS, INC., ATLANTIC AVIATION,
WESLEY D. DINGLER, MICHAEL E. ROUSEY,
MILLION AIR, ADDISON AVIATION
SERVICES, and AIRFRAME SERVICE, INC.,
           Defendants.
_____/

On order of the Court, the motion to file notice of supplemental authority is GRANTED. The motion to strike is DENIED. The application for leave to appeal the May 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2010

_____
Clerk